# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:25-M -01962(1) |
| | § |
| (1) Elchin Karimov | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 06, 2025** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, an alien, did knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers for entry into the United States, a misdemeanor,

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent, TORRES, ISAIAS** and that this complaint is based on the following facts: *"On or about May 06, 2025 , the defendant, Elchin KARIMOV, an alien who is a native and citizen of Azerbaijan , entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers near Eagle Pass, Texas.*

Sworn to before me and subscribed in my presence,

/s/ TORRES, ISAIAS
Signature of Complainant
TORRES, ISAIAS
Border Patrol Agent

05/13/2025
File Date

at DEL RIO, Texas
City and State

JOSEPH A CORDOVA
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer